# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| | |
|---|---|
| United States of America<br>v.<br><br>JOSE ALEXANDER ORTIZ GRANADOS<br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Case No.   1:25-MJ-108

**UNDER SEAL**

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of between September and December 2024 in the city/county of _____Fairfax_____
in the _____Eastern_____ District of _____Virginia_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 371, 2314, and 2315 | Conspiracy to Engage in Interstate Transportation and Receipt of Stolen Property |

This criminal complaint is based on these facts:

SEE AFFIDAVIT

☑ Continued on the attached sheet.
Reviewed by AUSA/SAUSA

Katherine Rumbaugh, Assistant U.S. Attorney
*Printed name and title*

SAM SHAHRANI
Digitally signed by SAM SHAHRANI
Date: 2025.02.28 12:57:15 -05'00'

*Complainant's signature*

Sam D. Shahrani, Special Agent
Federal Bureau of Investigation
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by

_____telephone_____ *(specify reliable electronic means)*.

Date:  02/28/2025

Lindsey R Vaala
Digitally signed by Lindsey R Vaala
Date: 2025.02.28 15:50:50 -05'00'

*Judge's signature*

City and state:  Alexandria, Virginia

Hon. Lindsey R. Vaala, United States Magistrate Judge
*Printed name and title*