

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA

v.

JOSE WILMER ORTIZ GRANADOS,

*Defendant.*

Case No. 1:25-CR-160

## STATEMENT OF FACTS

The United States and the defendant, Jose Wilmer Ortiz Granados, agree that the facts set forth in the Criminal Information and below are true and accurate, and stipulate that had this matter gone to trial, the United States would have proven them beyond a reasonable doubt through admissible and credible evidence.

1. Between in and around September 2024 and December 2024, the defendant did knowingly and intentionally conspire and agree with co-conspirator 1 ("CC-1") and others to engage in the interstate transportation and the possession of stolen property—to wit, catalytic converters stolen from vehicles—in violation of Title 18, United States Code, Sections 371, 2314, and 2315.

2. The defendant and CC-1 began stealing catalytic converters from cars in the Eastern District of Virginia in and around September 2024 and transporting them to Maryland to sell them.

3. A conservative estimate of the value of a catalytic converter is at least $750 USD, not including the cost of labor or other attendant expenses.

4. The defendant stole catalytic converters from vehicles in the Eastern District of Virginia and Maryland, and traveled within and across Virginia, Maryland, and the District of Columbia on at least one occasion.

1

5. Specifically, on or about December 18, 2024, the defendant and CC-1 drove to Arlington County, Virginia, and stole several catalytic converters. Thereafter, the defendant and CC-1 returned with the stolen catalytic converters to Maryland.

6. On or about December 18, 2024, at approximately 12:40 AM, the defendant and CC-1 left the vicinity of the defendant's residence in Maryland. Thereafter, the defendant and CC-1 traveled to multiple neighborhoods in Arlington County, Virginia, where they burglarized multiple vehicles and stole the catalytic converters from them.

7. The defendant and CC-1 traveled back to the defendant's residence in Maryland, passing through the District of Columbia, between approximately 4:45 AM and 5:45 AM.

8. Between approximately 8:00 AM and 9:00 AM, law enforcement in Anne Arundel County, Maryland, responded to the scene of a single-car accident. The defendant and CC-1 had been in the vehicle, but were gone by the time officers arrived at the scene. The officers recovered 17 stolen catalytic converters, as shown in the photograph below:



9. What'sApp messages recovered from a phone at the scene of the accident belonging to CC-1 show communications with the defendant from December 2024, including on the evening of December 17 and the early morning on December 18. The messages showed that defendant

and CC-1 planned to meet up. They also discussed vehicles consistent with those victimized in Arlington County by catalytic converter thieves, including Toyota Priuses, Honda Elements, and Honda Accords.

10. On or about January 23, 2025, the defendant left his home in Maryland in a black BMW 535i with a set of Virginia temporary tags. He was observed driving for approximately 15 minutes and then pulling over at an intersection to change the vehicle's license plates to Maryland tag 2GA8733.

11. The defendant was then observed executing a U-turn and driving to an automotive service center located in Dundalk, Maryland. He was seen opening the trunk of the black BMW, speaking to mechanics at the location, and leaving shortly thereafter. Later that day, he was seen at a grocery store with the license plates on the vehicle changed back to a set of Virginia temporary tags.

12. Maryland license plate 2GA8733 was recovered during a search of defendant's home on the day of his arrest.

13. This statement of facts includes those facts necessary to support the plea agreement between the defendant and the United States. It does not include every fact known to defendant or to the United States, and it is not intended to be a full enumeration of all facts pertaining to defendant's case.

14. The actions of defendant, as recounted above, were in all respects knowing and deliberate, and were not committed by mistake, accident, or other innocent reason.

Respectfully submitted,

Erik S. Siebert
United States Attorney

Date: 7/1/25  By: /s/ Katherine E. Rumbaugh
Katherine E. Rumbaugh
Assistant United States Attorney

Rebecca C. Fisher
Special Assistant United States Attorney

4

After consulting with my attorney and pursuant to the plea agreement entered into this day between the defendant and the United States, I hereby stipulate that the above Statement of Facts is true and accurate, and that had the matter proceeded to trial, the United States would have proved the same beyond a reasonable doubt.

_____
Jose Wilmer Ortiz Granados
Defendant

I am the attorney for the defendant. I have carefully reviewed the above Statement of Facts with him. To my knowledge, his decision to stipulate to these facts is an informed and voluntary one.

_____
Charles E. Duross, IV
Attorney for Defendant